IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUCHARIA ACHOLONU, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA FRANCHISE TAX BOARD; ADAM CLARK individually and in his professional capacity as agent for the California Franchise Tax Board, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:20-CV-00942-JAM-CKD <br><br> **ORDER OF THE COURT** <br><br> **RE** <br><br> **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND PAGE LIMITATIONS ON PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Administrative Relief to Extend the Page Limitation on Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment to 30 pages is **DENIED**.

DATED:  February 3, 2022             /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE